UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| RICARDO NORGE RAMOS DEL VALLE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET DETENTION CENTER,<br><br>Respondent. | No. 1:26-CV-00311-H |

**ORDER**

Petitioner is a native and citizen of Cuba. Proceeding pro se, he filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his continued immigration detention during the pendency of his removal proceedings. Dkt. No. 1. Petitioner seeks immediate release on supervision until the Board of Immigration Appeals issues a ruling on his pending appeal of an immigration judge's April 22, 2026 order that he be removed to Cuba.[1]

Respondent filed a response and relevant records, arguing that the Court should deny the petition because it lacks subject-matter jurisdiction under Section 2241 to adjudicate Petitioner's claims and grant him the specific relief that he seeks. Dkt. Nos. 11, 12.

The deadline for Petitioner to file a reply expired. To date, he has not filed a reply, sought an extension of time to do so, or otherwise attempted to refute the factual and legal contentions asserted by Respondent in its response.

---

[1] The Court takes judicial notice of public case information available on the U.S. Department of Justice Executive Office for Immigration Review website. *See* https://www.justice.gov/eoir/board-of-immigration-appeals (last visited September 1, 2026).

The Court has reviewed the parties' pleadings, relevant records, and applicable law. For the reasons stated in Respondent's response, the Court concludes it lacks jurisdiction to adjudicate Petitioner's claims for relief under Section 2241. Petitioner's petition is therefore dismissed with prejudice on jurisdictional grounds. *See Pack v. Yusuff*, 218 F.3d 448, 454 (5th Cir. 2000).

So ordered.

The Court will enter judgment accordingly.

Dated September 2, 2026.

JAMES WESLEY HENDRIX
United States District Judge